# EXHIBIT 1

314614
1/4 X 1/4 X 1 – 1/4 X 3